UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Wrobel
    Chairman, Board of Trustees of
    Executive Sources

       v.                        Case No. 12-cv-379-PB

Marilyn L. Maughan, et al

O R D E R

      Mr. Wrobel's most recent submission, entitled "Special Motion for an In Camera Hearing" (doc. no. 4), is not responsive to the court's order of October 10, 2012.  First, despite being informed that submission of materials on a thumb drive violates the court's local rules and being instructed to refrain from that practice in the future, Mr. Wrobel again submitted exhibits on a thumb drive in response to the court's order.   Second, and more fundamentally, Mr. Wrobel does not answer the question posed to him in that order:  Whether Executive Sources is a corporation, LLC, partnership, trust (if so, whether Mr. Wrobel is the sole trustee), DBA, or some other corporate form, including Mr. Wrobel's titles and/or roles related to that organization.  To the extent Mr. Wrobel believes this information to be "confidential" or "private," as is intimated in his filing, he is wrong.  To the extent he believes he can represent "Executive Sources" regardless of its form, which he also intimates in his filing, he is also wrong.  Both the court's local rules and case law make unmistakably clear that a corporation, trust, or any other unincorporated association may not be represented pro se, or be a pro se party, but must be represented by licensed counsel.  LR 83.6 (c); LR 83.2 (d); Palazzo v. Gulf Oil Corp., 764 F.2d 1381 (11th Cir. 1985);  American Metals Service Export v. Ahrens Aircraft, 666 F.2d 718, 719 n.2 (1st Cir. 1981).

Based on the foregoing, Mr. Wrobel's thumb drive shall be returned to his attention without review by the court. The court again gives Mr. Wrobel fourteen (14) days to identify the proper form of the entity "Executive Sources," specifically and unambiguously indicating whether that organization is a corporation, LLC, partnership, trust (if so, whether Mr. Wrobel is the sole trustee), DBA, or some other corporate form, including Mr. Wrobel's titles and/or roles related to that organization. If "Executive Sources" is a corporation, LLC, or partnership, Mr. Wrobel shall also contemporaneously file a corporate disclosure statement as required by Fed. R. Civ. P. 7.1 and LR 7.5. Mr. Wrobel's failure to file a document that clearly and unambiguously answers the question posed above may result in a recommendation that this case be dismissed without prejudice. Lastly, Mr. Wrobel's request for an <u>in camera</u> hearing is denied. <u>See</u> LR 7.1 (d).

SO ORDERED.

October 30, 2012

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

cc:   Paul Wrobel