UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Paul Wrobel, et al**

      v.                           **Civil No. 12-cv-379-PB**

**Marilynn L. Maughan, et al**

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 9, 2012.  The plaintiff's motion to seal (Doc. No. 2) is denied.

SO ORDERED.

November 27, 2012

                                */s/ Paul Barbadoro*
                                Paul Barbadoro
                                United States District Judge

cc:  Paul Wrobel, Pro Se