UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Paul Wrobel, et al**

     v.                              Civil No. 12-cv-379-PB

**Marilynn L. Maughan, et al**

### O R D E R

Pursuant to LR 83.11(c), the Clerk's office is directed to return all of plaintiff's original filings in this matter (doc. nos. 1, 2 and 4), remove the docket entries for those filings from the court's electronic docket, and then unseal what remains in this case. To preserve the integrity of the record, the Clerk's office shall maintain a copy of each document returned to plaintiff in a manner not available to the public.

Plaintiff has submitted a thumb drive as an exhibit to his complaint that will be returned to the plaintiff, pursuant to this order. The Clerk's office will not maintain a copy of any data on the thumb drive. Pursuant to Rule 2.1(d) of Appendix A to this court's local rules, pro se parties must file all

pleadings and exhibits in paper format unless permission is otherwise granted by the court.

Plaintiff may, within thirty days of the date of this order, refile a complaint in this matter. If appropriate, that complaint may be accompanied by a motion to seal that provides both specific reasons to seal the complaint (or any part thereof), and facts to demonstrate that plaintiff's interest in a seal outweighs the public right of access to judicial proceedings.

Any complaint or other document filed by Executive Sources in this case must be filed by an attorney admitted to the Bar of this court, unless Wrobel demonstrates either that he is representing himself, and is not appearing on behalf of Executive Sources in a representative capacity, or that he is the sole beneficiary of the Executive Sources trust, and may thus appear on behalf of the trust without an attorney.

On October 30, 2012, the court issued an order (doc. no. 6) directing plaintiff to identify the nature of "Executive Sources" by November 13, 2012. That order is vacated, subject

to reinstatement should plaintiff refile a complaint that does not comply with the directives contained in that order.

If plaintiff fails to refile a complaint that complies with this order, the court may dismiss this action without prejudice.

SO ORDERED.

November 27, 2012

                                      */s/ Paul Barbadoro*
                                      Paul Barbadoro
                                      United States District Judge

cc:  Paul Wrobel, Pro Se