UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Paul Wrobel**

       v.　　　　　　　　　　　　　　　　　　Civil No. 12-cv-379-PB

**Marilynn L. Maughan, et al**

**O R D E R**

After due consideration of the objection filed, and finding that plaintiff Wrobel has not provided me with any reason to question the Report and Recommendation, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 11, 2013.  Wrobel's motion to seal (doc. no. 13) is denied for reason set forth in the Report and Recommendation, and his complaint is dismissed without prejudice.  The Clerk is directed to enter judgment and close the case.

    SO ORDERED.

                                        */s/ Paul Barbadoro*
                                        Paul Barbadoro
                                        United States District Judge

Date: March 25, 2013

cc:   Paul Wrobel